## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-02435-PAB-KLM

Julie Morgan,

    Plaintiff,

Premier Bankcard, LLC,

    Defendant.

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party.

| Julie Morgan | Premier Bankcard, LLC |
|---|---|
| ___/s/ Sergei Lemberg___ | _/s/ Jamie N. Cotter_ |
| Sergei Lemberg, Esq. | Jamie N. Cotter, Esq. |
| Lemberg Law, LLC | Spencer Fane LLP |
| 43 Danbury Road, Third Floor | 1700 Lincoln Street, Suite 2000 |
| Wilton, CT 06897 | Denver, CO 80203 |
| Telephone: (203) 653-2250 | Phone: (303) 839-3826 |
| slemberg@lemberglaw.com | Fax: (303) 839-3838 |
| Attorneys for Plaintiff | jcotter@spencerfane.com |
| | Attorney for Defendant |

_____

SO ORDERED

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2020, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Sergei Lemberg*
Sergei Lemberg, Esq.